UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCIO ALEXANDRO MARTINEZ-LARA,<br>        Defendant. | Criminal Case No. 17-116-WES |

GOVERNMENT'S RESPONSE TO MOTION FOR STATUS

This is the second time that defendant Marcio Alexandro Martinez Lara (Martinez Lara) has inquired about a motion that he has not filed and the court has not docketed. There is nothing for the government to respond to. On January 8, 2020 the government wrote to Martinez Lara to instruct him where to file his motion. He does not appear to have done so. The Motion for Status Update should be denied as moot.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

AARON L. WEISMAN
United States Attorney

/s/Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  Gerard.Sullivan@usdoj.gov

CERTIFICATION OF SERVICE

On this 24th day of March, 2020, I caused the within Government's Response to Motion for Status to be filed electronically and it is available for viewing and downloading from the ECF system.

<u>/s/Gerard B. Sullivan</u>
GERARD B. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:
Gerard.Sullivan@usdoj.gov
